**Electronically Filed
Supreme Court
SCWC-30206
06-APR-2011
03:20 PM**

SCWC-30206

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

CHAN FUNG, Petitioner/Defendant-Appellant.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30206; CR. NO. 09-1-0564)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendant-Appellant's application for writ

of certiorari filed on February 18, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 6, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Taryn R. Tomasa, Deputy
Public Defender, for
petitioner-defendant-appellant
on the application

———————————————————

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Browning, assigned by reason of vacancy.